UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **GILL WEBB**, | ) | CASE NO. 1:23-CV-2038 |
| Plaintiff, | ) ) ) | JUDGE CHARLES E. FLEMING |
| vs. | ) ) ) | MAGISTRATE JUDGE JAMES E. GRIMES JR. |
| **COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION**, | ) ) ) | **OPINION AND ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION** |
| Defendant. | ) ) | |

On October 17, 2023, Plaintiff Gill Webb filed a Complaint seeking judicial review of Defendant Commissioner of Social Security's decision to deny his application for a period of disability and Supplemental Security Income. (ECF No. 1). On July 16, 2024, Magistrate Judge James E. Grimes, Jr. issued a Report and Recommendation (R&R) indicating that the Court should affirm the final decision of the Commissioner. (ECF No. 11).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to an R&R within fourteen (14) days after service. The R&R also notified the parties that failure to file any objections within that time may result in forfeiture of the ability to appeal the Court's decision. (ECF No. 11). As of the date of this decision, neither party has filed any objections.

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the R&R to which the parties have objected. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). Absent objection, a district court may adopt an R&R without further review.

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R, incorporates it fully herein by reference, and **AFFIRMS** the final decision of the Commissioner.

**IT IS SO ORDERED.**

Date:   July 31, 2024

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**